UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ELMER CLARENCE COMSTOCK AND SANDRA G. COMSTOCK | NO.: 5:09-CV-01230 |
| VERSUS | JUDGE: MAURICE HICKS |
| ETHEX CORPORATION AND WALGREEN LOUISIANA COMPANY, INC. | MAGISTRATE: MARK L. HORNSBY |

## MOTION AND ORDER TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, and move the Court to enter an order of dismissal, and in support, respectfully represent that their claims have been fully and completely compromised without the necessity of further litigation, and that Plaintiffs desire to dismiss their Petition, with prejudice, at each party's costs.

Respectfully Submitted,
By Attorney for Plaintiffs:
**DUE', PRICE, GUIDRY, PIEDRAHITA & ANDREWS
(APA-NOT A PARTNERSHIP)**

BY:   s/Randolph A. Piedrahita
**Randolph A. Piedrahita, Bar Roll No. 22595**
8201 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 929-7481
Facsimile: (225) 924-4519

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2010, the foregoing pleading was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to those unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

   s/Randolph A. Piedrahita
Randolph A. Piedrahita